**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KEVIN R. BECKWITH, SR.,

    Petitioner,

v.                                                       CASE NO. 8:07-CV-1715-T-30MSS

STATE OF FLORIDA,

    Respondent.
_____/

**O R D E R**

This matter comes before the Court for consideration of Petitioner's Application for Certificate of Appealability ("COA") pursuant to Rule 22, Fed. R. App. P.,[1] and 28 U.S.C. §2253[2] (Dkt. 12), which the Court also construes as a Notice of Appeal of the April 14, 2008 decision denying his petition for relief under 28 U.S.C. § 2254 (Dkt. 10). In the order denying Petitioner's § 2254 petition, the Court also ruled that Petitioner was not entitled to a certificate of appealability (Dkt. 10 at 6-7).

---

[1] "Certificate of Appealability. (1) In a habeas corpus proceeding in which the detention complained of arises from process issued by a state court, or in a 28 U.S.C. §§ 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. §§ 2253(c). Rule 22, Fed. R. App. P.

[2] "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from -- (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;. . . (2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

ACCORDINGLY, the Court **ORDERS** that Petitioner's Application for Certificate of Appealability (Dkt. 12) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on November 5, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc

Copies furnished to:
Petitioner
Counsel of Record