# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KEVIN R. BECKWITH, SR.,

     Petitioner,

v.                                          CASE NO. 8:07-CV-1715-T-30MSS

STATE OF FLORIDA,

     Respondent.

_____/

## O R D E R

This matter was remanded to the Court for factual findings pursuant to the limited remand of the Eleventh Circuit Court of Appeals (Dkt. 17). On December 12, 2008, the Court ordered Petitioner to respond, within 20 days from the date of the order, to the Court's interrogatory regarding the date he delivered his notice of appeal to prison officials for mailing (Dkt. 18). To date, Petitioner has failed to respond to the Court's interrogatory.[1]

A review of the Court's file reveals that Petitioner's Application for Certificate of Appealability, which the Court construed as a notice of appeal, appears to indicate that it was provided to prison officials on October 30, 2008 (Dkt. 13). October 30, 2008, is also the date of the postmark on the envelope attached to Petitioner's Application for Certificate of Appealability. Therefore, the Court finds that Petitioner's Application for Certificate of

---

[1]The Court's order was mailed to Petitioner's address of record, and the docket does not reveal that the order was returned to the Clerk of the Court.

Appealability, construed as a notice of appeal, was delivered to prison officials for mailing on October 30, 2008.

Accordingly, the Court **ORDERS** that Petitioner shall show cause within eleven (11) days from the date of this order why the Court's finding that Petitioner delivered his Application for Certificate of Appealability/Notice of Appeal to prison officials for mailing on October 30, 2008, is incorrect. If Petitioner fails to file a timely response in which he demonstrates the date on which he delivered his notice of appeal to prison officials, the Court, **without further notice**, will enter an order finding that Petitioner delivered his notice of appeal to prison officials on October 30, 2008.

**DONE** and **ORDERED** in Tampa, Florida on January 20, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copies furnished to:
Petitioner
Counsel of Record
United States Circuit Court of Appeals, Eleventh Circuit