**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KEVIN R. BECKWITH, SR.,

    Petitioner,

v.                                             CASE NO. 8:07-CV-1715-T-30MSS

STATE OF FLORIDA,

    Respondent.
_____/

**O R D E R**

This matter was remanded to the Court for factual findings pursuant to the limited remand of the Eleventh Circuit Court of Appeals (Dkt. 17). On December 12, 2008, the Court ordered Petitioner to respond, within 20 days from the date of the order, to the Court's interrogatory regarding the date he delivered his notice of appeal to prison officials for mailing (Dkt. 18). Petitioner failed to respond to the Court's interrogatory.

A review of the Court's file revealed that Petitioner's Application for Certificate of Appealability, which the Court construed as a notice of appeal, indicated that it was provided to prison officials on October 30, 2008 (Dkts. 12-13). October 30, 2008, is also the date of the postmark on the envelope attached to Petitioner's Application for Certificate of Appealability.

On January 20, 2009, the Court ordered Petitioner to show cause, within eleven (11) days, why the Court's finding that Petitioner delivered his notice of appeal to prison officials

for mailing on October 30, 2008, is incorrect (Dkt. 19). Petitioner has failed to file a timely response to the Court's order to show cause.

ACCORDINGLY, the Court **FINDS** that Petitioner's Application for Certificate of Appealability (Dkts. 12-13), construed as a Notice of Appeal, was delivered to prison officials for mailing on October 30, 2008.

**DONE** and **ORDERED** in Tampa, Florida on February 17, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc

Copies furnished to:
Petitioner
Counsel of Record
United States Circuit Court of Appeals, Eleventh Circuit